IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY P. PUCKETT,

    Petitioner,               No. CIV S-04-0604 MCE PAN P

   vs.

D. L. RUNNEL, Warden,

    Respondent.            ORDER

_____/

        This action was dismissed on March 30, 2006. On May 22, 2006, petitioner filed a letter requesting a thirty day extension of time to file a petition for writ of habeas corpus. On June 2, 2006, petitioner filed a new action seeking federal habeas corpus relief, Case No. CIV S-06-1200 FCD CMK P.[1] Petitioner's May 22, 2006 request will therefore be disregarded. All future documents filed by petitioner in connection with his request for federal habeas corpus relief shall be filed in Case No. CIV S-06-1200 FCD CMK P.

        IT IS SO ORDERED.

DATED: July 27, 2006.

                                  /s/ John F. Moulds
                                UNITED STATES MAGISTRATE JUDGE

12;puck0604.159

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).